Edward A. Murphy
MURPHY LAW OFFICES, PLLC
127 N. Higgins, Ste. 207
Missoula, MT 59802
Phone: (406)728-2671
Fax: (866)705-2260
Email: rusty@murphylawoffices.net
Attorney No. 1108
Attorney for Defendant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>DAVID E. HEINLE,<br><br>    Debtor. | Case No. 21-20164 |
| LYNN STUTZMAN,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID E. HEINLE,<br><br>    Defendant. | Adversary No. 22-02003 |

ANSWER

    Comes now the Defendant and answers the Plaintiff's Complaint as follows:

    1.    In answer to the allegations in paragraph 1 of the Complaint, Defendant admits that Plaintiff claims to be a creditor but denies that she in fact has a claim against the Debtor.

    2.    The allegations of paragraph 2 of the Complaint are admitted. Defendant consents to entry of a final judgment in this Court.

3. Paragraph 3 of the Complaint does not appear to make any allegations against the Defendant. To the extent that it does, they are denied.

4. The allegations of paragraphs 4 through 12 of the Complaint are admitted.

5. The allegations of paragraphs 13a through 13e are denied.

6. The allegations of paragraph 13f are admitted.

7. In response to paragraphs 13g and 13h, Defendant asserts that the transcript speaks for itself. Any other allegation in the two paragraphs is denied.

8. The allegations in paragraphs 14 through 19 are denied.

9. Any allegation in the Complaint not heretofore admitted or denied is hereby denied.

WHEREFORE, Defendant prays for judgment against the Plaintiff, that the Plaintiff take nothing by her Complaint and for costs and such other and further relief as the Court deems just and proper.

Dated this 30th day of March, 2022.

MURPHY LAW OFFICES, PLLC

/s/Edward A. Murphy
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that I served the foregoing Answer on the 30th day of March, 2022 on the following persons in the manner indicated:

James A. Patten
Via ECF

/s/Edward A. Murphy